RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
865 Marina Bay Parkway, Suite 43
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Jose Daniel Castillo-Antonio

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Daniel Castillo-Antonio, | Case Number C-18-6871 LB |
| Plaintiff, | |
| Vs. | STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER |
| Jaime Gallegos et al., | |
| Defendants. | |

Plaintiff Jose Daniel Castillo-Antonio, and defendants Jaime Gallegos and Jana K. Drobinsky (together "Defendant") by and through their respective attorneys of record (attorney for plaintiff is Richard A. Mac Bride; attorney for Defendant, attorney Fred M. Feller of Beckman, Feller & Chang PC), hereby stipulate as follows:

1. Plaintiff entered into a Settlement Agreement and General Release in this matter whereby he deemed resolved all claims and agreed to the dismissal of the above-captioned action with prejudice with regard to defendant, all parties to bear their own respective attorney fees and costs.

2. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation to jointly request that the Court dismiss this action with prejudice.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Jose Daniel Castillo-Antonio                    5/31/2019

Beckman, Feller et al. – By: Fred M. Feller /s/ Fred M. Feller

Attorney for Jana K. Drobinksy and Jaime Gallegos                    5/31/2019

STIPULATION AND ORDER OF DISMISSAL – 18-6871 LB

-1-

## FILER'S ATTESTATION

Pursuant to General Order 45, Section X(B), I hereby attest that on May 31, 2019, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney Fred M. Feller, attorney for all defendants herein, in the filing of this document.

/s/ Richard A. Mac Bride

Richard A. Mac Bride

---

STIPULATION AND ORDER OF DISMISSAL – 18-6871 LB

[PROPOSED] ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Jose Daniel Castillo-Antonio v. Gallegos, et al., Case No. C-18-6871 LB, is dismissed with prejudice, with each party to bear his/her/its or its own attorney's fees and costs.

Date: May 31, 2019

Laurel Beeler

United States Magistrate Judge